**Law Office of Edward E. Yates**
1000 Fourth Street, Suite 800
San Rafael, CA 94901
415-526-6314
eyates@marinlandlaw.com

June 3, 2015

Joseph P. Spero, Chief Magistrate Judge
United States Northern District Court
San Francisco Courthouse, Courtroom G – 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

      Re:    *California River Watch v. Pinot Hill, LLC, et al*
              Case No. 3:15-cv-00150 JCS
              Request for Telephonic Appearance

Dear Magistrate Judge Spero:

Counsel for Plaintiff California River Watch requests a telephonic appearance for the initial Case Management Conference in the above-captioned matter scheduled for June 12, 2015 at 2:00 p.m.

Attorney Edward E. Yates will attend on behalf of Plaintiff, and can be reached at direct land line telephone (415) 990-4805.

                        Very truly yours,

                        Edward E. Yates

EEY:lhm

IT IS HEREBY ORDERED that Mr. Yates shall be on phone standby and await the Court's call.
Dated: 6/8/15

IT IS SO ORDERED
AS MODIFIED
Judge Joseph C. Spero

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA