

CARLE, MACKIE, POWER & ROSS LLP
ATTORNEYS

September 18, 2015

Joseph C. Spero, Chief Magistrate Judge
United States Northern District Court
San Francisco Courthouse, Ctrm G - 15th Fl.
450 Golden Gate Avenue
San Francisco, CA 94102

    *Re:*    *California River Watch vs. Pinot Hill, LLC, et al.*
           Case No: 3:15-cv-00150-JCS
           Request for Telephonic Appearance

Dear Magistrate Judge Spero:

    Counsel for Pinot Hill, LLC, requests to appear, via telephonic appearance, at the Further Case Management Conference, scheduled for September 25, 2015, at 2:00 p.m.

    Attorney Willard A. Carle III will attend on behalf of Defendant Pinot Hill, LLC, and can be reached at the direct land line telephone number (707) 576-1200.

                              Respectfully Requested,

                              */S/ WILLARD A. CARLE III*

                              Willard A. Carle III

Dated: 9/18/15    IT IS SO ORDERED.

        /s/ Joseph C. Spero
        Chief Magistrate Judge

100 B Street, Suite 400, Santa Rosa, California 95401  •  tel: (707) 526.4200   fax: (707) 526.4707
C M P R L A W . C O M