**Law Office of Edward E. Yates**
1000 Fourth Street, Suite 800
San Rafael, CA 94901
415-526-6314
eyates@marinlandlaw.com

September 23, 2015

Joseph P. Spero, Chief Magistrate Judge
United States Northern District Court
San Francisco Courthouse, Courtroom G – 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

      Re:   *California River Watch v. Pinot Hill, LLC, et al*
              Case No.3:15-cv-00150 JCS
              Request for Telephonic Appearance

Dear Magistrate Judge Spero:

    Counsel for Plaintiff California River Watch requests a telephonic appearance for the Further Case Management Conference in the above-captioned matter scheduled for September 25, 2015 at 2:00 p.m. Staff for Attorney Yates has been on vacation. Please forgive the tardiness of this request.

    Attorney Edward E. Yates will attend on behalf of Plaintiff, and can be reached at direct land line telephone (415) 526-6314.

                                        Very truly yours,

                                        Edward E. Yates

EEY:lhm

        Dated: 9/23/15        IT IS SO ORDERED.
                                      /s/ Joseph C. Spero
                                      Chief Magistrate Judge