Jack Silver, Esquire SB# 160575
LAW OFFICE OF JACK SILVER
Post Office Box 5469
Santa Rosa, California 95402-5469
Telephone: (707) 528-8175
Facsimile: (707) 528-8675
Email: lhm28843@sbcglobal.net

Edward E. Yates, Esquire SB# 135138
LAW OFFICE OF EDWARD E. YATES
1000 Fourth St. Suite 800
San Rafael, CA 94901
Telephone: (415) 526-6314
Email: eyates@marinlandlaw.com

Attorneys for Plaintiff
CALIFORNIA RIVER WATCH

Willard A. Carle, III, Esquire  SB # 95703
CARLE, MACKIE, POWER & ROSS, LLP
100 B Street, Suite 400
Santa Rosa, CA 95401
Telephone: (707) 526-4200
Facsimile: (707) 526-4707
Email: bcarle@cmprlaw.com

Attorneys for Defendant
PINOT HILL, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA RIVER WATCH, a 501(c)(3), non-profit, Public Benefit Corporation,<br>   Plaintiff,<br> v.<br>PINOT HILL, LLC and DOES 1 - 10, Inclusive,<br>   Defendants. | CASE NO.: 3:15-cv-00150 JCS<br><br>**STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE [FRCP 41(a)(1)(ii)]**<br><br>Further Case Mgmt. Conf. - Dec. 11, 2015 |

  IT IS HEREBY STIPULATED by and between plaintiff CALIFORNIA RIVER WATCH and defendant PINOT HILL, LLC by and through their respective counsel of record, that this

1

1  matter may be dismissed in its entirety with prejudice, each party hereto to bear its own costs and
2  attorney's fees.

4  DATED: December 1, 2015            LAW OFFICE OF EDWARD E. YATES

6                                     By:    /s/ *Edward E. Yates*
                                       EDWARD E. YATES
7                                      Attorney for Plaintiff
                                       CALIFORNIA RIVER WATCH

9  DATED: December 1, 2015            CARLE, MACKIE, POWER & ROSS, LLP

11                                    By:    /s/ *Willard A. Carle III*
                                       WILLARD A. CARLE III
12                                     Attorney for Defendant
                                       PINOT HILL, LLC

14     In addition to stipulation to the above, I, Jack Silver, attest that concurrence in the filing
15  of this Stipulation has been obtained from the other signatories to this document.

17  DATED: December 1, 2015            LAW OFFICE OF JACK SILVER

19                                    By:    /s/ *Jack Silver*
                                       JACK SILVER
20                                     Attorney for Plaintiff
                                       CALIFORNIA RIVER WATCH

22  Dated: December 3, 2015

**IT IS SO ORDERED**
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2